**No. 41588.**—Protest 982898–G of John Alban & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 the protest was sustained.

**No. 41589.**—Petition 5648–R of Butler Bros. (Baltimore).

Opinion by KEEFE, J. The importer having established that the merchandise was entered without intention to defraud the revenue, the petition was granted.

BEFORE THE SECOND DIVISION, JUNE 9, 1939

**No. 41590.**—Protest 871606–G of A. W. Fenton Co. (Cleveland).

Opinion by KINCHELOE, J. It was conceded that the masks are composed in chief value of paper. The claim at 25 percent under paragraph 1403 was sustained. *United States* v. *Faber* (16 Ct. Cust. Appls. 467, T. D. 43211) noted.

BEFORE THE THIRD DIVISION, JUNE 9, 1939

**No. 41591.**—Protest 956669–G of F. Pustet & Co., Inc. (New York).

Opinion by EVANS, J. There was nothing in the record to support the claim of clerical error. On the record presented the claim was sustained that the cope and veil valued at the larger amounts were entitled to free entry and that the regulations had been complied with as to them. As to the other articles the protest was overruled.

**No. 41592.**—Protest 983069–G of J. Seo (New York).

Opinion by EVANS, J. On the record presented the protest was overruled.

**No. 41593.**—Protests 950648–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.